Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

FILED'06 OCT 17 15:43 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL A. SELE,**

         Plaintiff,

vs.

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

         Defendant.

Civil No. 04-6360-AS

**ORDER APPROVING ATTORNEY
FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion for Approval, and counsel for Defendant having no position, Order is hereby granted in the sum of $10,955.75 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Counsel shall refund the lesser of this or the EAJA fee awarded herein to Plaintiff. There are no other costs.

IT IS SO ORDERED this 17th day of October _____, 2006

                                                                                   U.S. District Judge Magistrate

PRESENTED BY:

By: /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200

1 - ORDER